**Order entered June 27, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00458-CV

### IN THE INTEREST OF K.R.R., A CHILD

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 89497**

### ORDER

Father's brief in this termination of parental rights case is overdue. Because these types of cases must be handled expeditiously, Father is **ORDERED** to file his brief within **TWENTY DAYS** of the date of this order. Failure to file the brief by the time specified may result in an order for the trial court to conduct a hearing to determine why Father's brief has not been filed and to take such measures as may be necessary to assure effective representation, including appointment of new counsel.

/s/    KEN MOLBERG
         JUSTICE